

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-61,864-15

### IN RE SHANNON MARK DOUTHIT, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. 2076 IN THE 83RD DISTRICT COURT
### FROM PRESIDIO COUNTY

*Per curiam*.

### O R D E R

Relator has filed a motion for leave to file an application for a writ of mandamus under this Court's original jurisdiction. He contends that he attempted to file an application for a writ of habeas corpus in Presidio County, but that the Presidio County District Clerk refused to receive and file the application and has not returned the application with attached exhibits to Relator.

Respondent, the District Clerk of Presidio County, shall respond by stating whether Relator's habeas application has been received, filed and processed in accordance with the requirements of Article 11.07, §3(b) of the Texas Code of Criminal Procedure, and if not, why not. This motion for leave to file will be held. Respondent shall comply with this order within thirty days from the date of this order.

Filed: October 12, 2022
Do not publish